| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 6:10-bk-41643-DS |
|---|---|
| In re<br><br>Cesar Alfredo Delgado<br>Socorro Delgado<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Cesar Alfredo Delgado & Socorro Delgado *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 09/30/2010 .

2. I am the owner of real property[1] at the following street address:

    548 Award Drive,

    Colton, CA 92324                                                    (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of Chase Home Finance     .

    b. Second deed of trust in favor of Bank of America     *(if applicable)*.

    c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments                     F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re  Cesar Alfredo Delgado  Socorro Delgado                              Debtor(s). | CHAPTER 13  CASE NUMBER 6:10-bk-41643-DS |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Chase Home Finance | $1,039.00 | 1-15th October 2010 | 10/16/2010 |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                      F 3015-1.4

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re<br>Cesar Alfredo Delgado<br>Socorro Delgado<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 6:10-bk-41643-DS |
|---|---|

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  November 1, 2010            Signature  /s/ Cesar Alfredo Delgado
                                              Cesar Alfredo Delgado
                                              Debtor

Date  November 1, 2010            Signature  /s/ Socorro Delgado
                                              Socorro Delgado
                                              Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

1 | L. Bishop Austin, Esq. (SBN 175497)
  | L. BISHOP AUSTIN & ASSOCIATES
2 | 3250 Wilshire Blvd., Ste 1500
  | Los Angeles, CA 90010
3 | Tel: (213)388-4939  Fax (213)388-2411
4 | Email: lbishopbk@yahoo.com
  | Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

In Re:

CESAR ALFREDO DELGADO
SOCORRO DELGADO
                    Debtor(s)

CHAPTER 13
CASE NO: 6:10-bk-41643-DS

DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s)
[NO HEARING REQUIRED]

I, Cesar Alfredo Delgado and Socorro Delgado, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On October 16, 2010. I make the mortgage payment $1,039.00 to my lender CHASE HOME FINANCE, to the following address: 3415 Vision Dr, Columbus, OH 43219. See attached copy of the money order(s).

This payment is for the month of October 2010

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 01, 2010

_____
Debtor

_____
Joint Debtor

Bank of America    Banca en Linea

## Checking - 3556 : Imagen de cheque

Imagen de cheque:

```
SOLANO EXPRESS                                    CHECK RECEIVED
548 AWARD DR.                                          2308
COLTON, CA 92324-2847             10-10-10    OCT 18 2010
(909) 316-0051                                DELINQUENT CHECK CONTROL
Pay To The  Chase NY                      | $ 1,039.00
One thousand thirty nine 00/100                    Dollars

Bank of America
Westwood Village
930 Westwood Blvd
Los Angeles CA
310 242 2080
                                    Socorro DeLeon

⑆122000661⑆ 2308⑉09947⑈ 43556⑈

                        Pay To The Order Of Chase Home Finance


S1010102 0200 566420  960109 40 28
```

Mortgage payment
October 2010